UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN DE LEON,

        Plaintiff,

– against –

ATTORNEY GENERAL WILLIAM BARR,

        Defendant.

**ORDER**

19 Civ. 7600 (ER)

RAMOS, D.J.:

The instant action was filed on August 14, 2019. Since then, the plaintiff has taken no action in this case. Accordingly, the plaintiff is ordered to show good cause for why service in this action has not been completed within 90 days of filing or risk having this action dismissed. Fed. R. Civ. P. 4(m). The plaintiff is directed to respond by May 1, 2020.

It is SO ORDERED.

Dated:   April 6, 2020
           New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.